```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

DIOGENES PEREZ,

                                Plaintiff,

    -against-

THE CITY OF NEW YORK, and Police Officers CARL
BENNETT, LUIS SANDOVAL, and Police Officer "SGT.
JOHN DOE" (the name "John Doe" being fictitious, as the
true names are presently unknown), both individually and
as members of the New York City Police Department

                               Defendants
------------------------------------------------------------------- X

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

06 CV 4008 (PKC)

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about May 25, 2006, alleging that defendants violated his constitutional rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the total sum of TWENTY THOUSAND DOLLARS ($20,000) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the City of New York and to release any present or

former employees or agents of the City of New York, including Carl Bennett and Luis Sandoval, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      November 14, 2006

Stanislao A. German
Attorney for Plaintiff
122 E. 42nd Street Suite 2710
New York, New York 10168
(212) 986-6776

By: _____
    Stanislao A. German, Esq. (SG79??)

MICHAEL CARDOZO
Corporation Counsel for
The City Of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 227-0414

By: _____
    N. Jeffrey Brown (NB 6038)
    Attorney Special Federal Litigation Division

SO ORDERED:

_____
U.S.D.J. Peter K. Castel

12-8-06